# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**425**

**CAF 15-00832**

PRESENT: WHALEN, P.J., LINDLEY, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF ICEIES B.
------------------------------------------------
ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

SHACOYA L., RESPONDENT-APPELLANT.

---

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-APPELLANT.

JOHN A. HERBOWY, UTICA, FOR PETITIONER-RESPONDENT.

PAUL A. NORTON, ATTORNEY FOR THE CHILD, CLINTON.

-------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered December 23, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 31, 2017                          Frances E. Cafarell
                                                 Clerk of the Court